**Fill in this information to identify the case:**

United States Bankruptcy Court for the:
_____Western District of Texas_____

Case number (if known): _____  Chapter __11__

☐ Check if this is an amended filing

# Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy     06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| **1. Debtor's name** | Early Bird Pediatric Therapy Clinic, Inc. | |
| **2. All other names debtor used in the last 8 years** <br> Include any assumed names, trade names, and *doing business as* names | Early Bird Pediatric Therapy | |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 1 – 1 4 4 0 3 3 1 | |
| **4. Debtor's address** | **Principal place of business** <br><br> 1351 N. Zaragoza Bldg. G <br> Number     Street <br><br> El Paso, TX 79936 <br> City        State    ZIP Code <br><br> El Paso <br> County | **Mailing address, if different from principal place of business** <br><br> Number     Street <br><br> P.O. Box <br><br> City        State    ZIP Code <br><br> **Location of principal assets, if different from principal place of business** <br><br> Number     Street <br><br> City        State    ZIP Code |
| **5. Debtor's website (URL)** | www.earlybirdtherapy.com | |
| **6. Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) <br><br> ☐ Partnership (excluding LLP) <br><br> ☐ Other. Specify: _____ | |

Debtor __Early Bird Pediatric Therapy Clinic, Inc._____  Case number *(if known)* _____
       Name

| | |
|---|---|
| **7. Describe debtor's business** | A. *Check one:*<br>☑ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. §101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. §781(3))<br>☐ None of the above<br><br>B. *Check all that apply:*<br>☐ Tax-exempt entity (as described in 26 U.S.C. §501)<br>☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)<br>☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))<br><br>C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .<br>   6   2   1   3 |
| **8. Under which chapter of the Bankruptcy Code is the debtor filing?**<br><br>A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box | *Check one:*<br>☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11. **Check all** that apply:<br>   ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).<br>   ☐ A plan is being filed with this petition.<br>   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).<br>   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.<br>   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.<br>☐ Chapter 12 |
| **9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**<br><br>If more than 2 cases, attach a separate list. | ☑ No<br>☐ Yes.  District _____ When _____ Case number _____<br>                                                        MM / DD / YYYY<br>       District _____ When _____ Case number _____<br>                                                          MM / DD / YYYY |
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**<br><br>List all cases. If more than 1, attach a separate list. | ☑ No<br>☐ Yes.  Debtor _____ Relationship _____<br>       District _____ When _____<br>                                                         MM / DD / YYYY<br>       Case number, if known _____ |

Debtor    Early Bird Pediatric Therapy Clinic, Inc.      Case number *(if known)* _____
           Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br>☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br>**Why does the property need immediate attention?** *(Check all that apply.)*<br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>     What is the hazard? _____<br>☐ It needs to be physically secured or protected from the weather.<br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br>☐ Other _____<br>**Where is the property?** _____<br>           Number    Street<br>_____<br>_____    _____    _____<br>City                 State    ZIP Code<br>**Is the property insured?**<br>☐ No<br>☐ Yes.    Insurance agency _____<br>             Contact name _____<br>             Phone _____ |

### ■ Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☐ Funds will be available for distribution to unsecured creditors.<br>☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49    ☐ 50-99    ☐ 1,000-5,000    ☐ 5,001-10,000    ☐ 25,001-50,000    ☐ 50,000-100,000<br>☐ 100-199    ☐ 200-999    ☐ 10,001-25,000    ☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000    ☐ $1,000,001-$10 million    ☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000    ☐ $10,000,001-$50 million    ☐ $1,000,000,001-$10 billion<br>☐ $100,001-$500,000    ☐ $50,000,001-$100 million    ☐ $10,000,000,001-$50 billion<br>☑ $500,001-$1 million    ☐ $100,000,001-$500 million    ☐ More than $50 billion |

Debtor   Early Bird Pediatric Therapy Clinic, Inc.            Case number *(if known)* _____
         Name

**16. Estimated liabilities**

- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☐ $100,001-$500,000
- ☐ $500,001-$1 million
- ☑ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

- The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
- I have been authorized to file this petition on behalf of the debtor.
- I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   03/31/2023
              MM/ DD/ YYYY

X   /s/ Jane Concha                                      Jane Concha
    Signature of authorized representative of debtor     Printed name

Title _____ Director _____

**18. Signature of attorney**

X   /s/ Robert C Lane                     Date  03/31/2023
    Signature of attorney for debtor            MM/ DD/ YYYY

Robert C Lane
Printed name

The Lane Law Firm
Firm name

6200 Savoy Dr Ste 1150
Number       Street

Houston                               TX         77036-3369
City                                  State      ZIP Code

(713) 595-8200                        notifications@lanelaw.com
Contact phone                         Email address

24046263                              TX
Bar number                            State

Official Form 201     **Voluntary Petition for Non-Individuals Filing for Bankruptcy**     page **4**

Official Form 201A (12/15)

*[If debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11 of the Bankruptcy Code, this Exhibit "A" shall be completed and attached to the petition.]*

*[Caption as in Form 416B]*

## Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11

1. If any of the debtor's securities are registered under Section 12 of the Securities Exchange Act of 1934, the SEC file number is _____ .

2. The following financial data is the latest available information and refers to the debtor's condition on _____ .

   a. Total assets                                                                                      $508,403.57
   b. Total debts (including debts listed in 2.c., below)                                               $2,495,804.75
   c. Debt securities held by more than 500 holders

   Approximate number of holders:

   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐
   secured ☐   unsecured ☐   subordinated ☐

   d. Number of shares of preferred stock
   e. Number of shares common stock

   Comments, if any:

3. Brief description of debtor's business        Occupational, Speech, Physical Therapy and ABA for children from birth to twenty

4. List the names of any person who directly or indirectly owns, controls, or holds, with power to vote, 5% or more of the voting securities of debtor:

**Fill in this information to identify the case:**

Debtor name ___Early Bird Pediatric Therapy Clinic, Inc.___

United States Bankruptcy Court for the:
___Western District of Texas___

Case number (if known): _____

☐ Check if this is an amended filing

# Official Form 202

## Declaration Under Penalty of Perjury for Non-Individual Debtors 12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☐ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☐ *Schedule H: Codebtors* (Official Form 206H)

☐ *A Summary of Assets and Liabilities for Non-Individuals* (Official Form 206A-Summary)

☐ *Amended Schedule* _____

☑ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☑ Other document that requires a declaration ___Voluntary Petition___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___03/31/2023___
MM/ DD/ YYYY

X ___/s/ Jane Concha___
Signature of individual signing on behalf of debtor

___Jane Concha___
Printed name

___Director___
Position or relationship to debtor

Official Form B202  **Declaration Under Penalty of Perjury for Non-Individual Debtors**

Fill in this information to identify the case:

Debtor name: Early Bird Pediatric Therapy Clinic, Inc.

United States Bankruptcy Court for the: Western District of Texas

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders 12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | American Express<br>Bankruptcy Unit<br>PO Box 297817<br>Fort Lauderdale, FL 33329 | | Line of Credit | | | | $15,008.00 |
| 2 | AP Advance Group LLC<br>1517 E 2nd St.<br>Brooklyn, NY 11230 | | Merchant Cash Advance | Disputed | | | $42,475.00 |
| 3 | Avion Funding, LLC<br>101 Chase Ave. Ste. 208<br>Lakewood, NJ 08701 | | Merchant Cash Advance | Disputed | | | $149,900.00 |
| 4 | Bank of America<br>4161 Piedmont Parkway<br>Attn: Bankruptcy Dept.<br>Greensboro, NC 27420-6012 | | Credit Card | | | | $92,113.59 |
| 5 | Bank of America<br>ATTN: Bankruptcy Dept<br>4161 Piedmont Parkway<br>Greensboro, NC 27420-6012 | | Employee Credit Card | | | | $25,504.04 |
| 6 | Bank of America<br>Attn: Bankruptcy Dept.<br>NC4-105-03-14<br>4161 Piedmont Parkway<br>Greensboro, NC 27420-6012 | | Employee Credit Card | | | | $13,241.75 |
| 7 | Funding Circle<br>707 17th Street Suite 2200<br>Denver, CO 80202 | | Merchant Cash Advance | Disputed | | | $132,858.95 |
| 8 | Intuit Financing Inc.<br>2700 Coast Ave<br>Mountain View, CA 94043 | | Business Loan | Disputed | | | $140,985.69 |

Official Form 204  **Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims**  page 1

Debtor     Early Bird Pediatric Therapy Clinic, Inc.        Case number *(if known)* _____
           Name

| | **Name of creditor and complete mailing address, including zip code** | **Name, telephone number, and email address of creditor contact** | **Nature of the claim** (for example, trade debts, bank loans, professional services, and government contracts) | **Indicate if claim is contingent, unliquidated, or disputed** | **Amount of unsecured claim** If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| 9 | Kabbage Funding<br>925B Peachtree Street NE Suite 1688<br>Atlanta, GA 30309 | | Business Loan | Disputed | | | $15,288.00 |
| 10 | Kabbage Funding<br>925B Peachtree Street NE Suite 1688<br>Atlanta, GA 30309 | | Business Loan | Disputed | | | $14,784.00 |
| 11 | Kabbage Funding<br>925B Peachtree Street NE Suite 1688<br>Atlanta, GA 30309 | | Business Loan | Disputed | | | $14,715.00 |
| 12 | Kabbage Funding<br>925B Peachtree Street NE Suite 1688<br>Atlanta, GA 30309 | | Business Loan | Disputed | | | $13,888.00 |
| 13 | LoanBuilder PayPal<br>3505 Silverside Rd.<br>Wilmington, DE 19810 | | Business Loan | Disputed | | | $279,283.87 |
| 14 | National Funding, Inc.<br>9820 Town Centre Drive<br>San Diego, CA 92121 | | Merchant Cash Advance | Disputed | | | $258,000.20 |
| 15 | National Funding, Inc.<br>9820 Town Centre Drive<br>San Diego, CA 92121 | | Merchant Cash Advance | Disputed | | | $193,499.92 |
| 16 | Spartan Business Solutions, LLC d/b/a Spartan Capital<br>371 E Main St. Suite 2<br>Middletown, NY 10940 | | Merchant Cash Advance | Disputed | | | $37,475.00 |
| 17 | Velocity Capital Group<br>333 Pearsall Ave. Suite 105<br>Cedarhurst, NY 11516 | | Merchant Cash Advance | Disputed | | | $177,500.00 |
| 18 | Vox Funding<br>14 E. 44th Street 4th Floor<br>New York, NY 10017 | | Merchant Cash Advance | Disputed | | | $170,000.00 |
| 19 | White Road Capital LLC d/b/a GFE Holdings<br>27-01 Queens Plaza North 802<br>Long Island City, NY 11101 | | Merchant Cash Advance | Disputed | | | $500,000.00 |
| 20 | Zahav Asset Management LLC<br>234 Cedarhurst Ave. Apt. 21B<br>Cedarhurst, NY 11516 | | Merchant Cash Advance | Disputed | | | $149,900.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### Western District of Texas

**In re**  Early Bird Pediatric Therapy Clinic, Inc.

Case No. _____

**Debtor**  Chapter __11__

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept ................................................. $47,500.00

   Prior to the filing of this statement I have received ....................................... $35,035.00

   Balance Due ................................................................................ $12,465.00

2. The source of the compensation paid to me was:

   ☑ Debtor        ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor        ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| 03/31/2023 | /s/ Robert C Lane |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |
| | Bar Number: 24046263 |
| | The Lane Law Firm |
| | 6200 Savoy Dr Ste 1150 |
| | Houston, TX 77036-3369 |
| | Phone: (713) 595-8200 |
| | Fax: (713) 595-8201 |
| | |
| | The Lane Law Firm |
| | *Name of law firm* |

**IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

IN RE: **Early Bird Pediatric Therapy Clinic, Inc.**            CASE NO

CHAPTER **11**

**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date    03/31/2023    Signature    /s/ Jane Concha
                                                                              Jane Concha, Director

AMERICAN EXPRESS
BANKRUPTCY UNIT
PO BOX 297817
FORT LAUDERDALE, FL 33329


AP ADVANCE GROUP LLC
1517 E 2ND ST.
BROOKLYN, NY 11230


AVION FUNDING, LLC
101 CHASE AVE. STE. 208
LAKEWOOD, NJ 08701


BANK OF AMERICA
4161 PIEDMONT PARKWAY
ATTN: BANKRUPTCY DEPT.
GREENSBORO, NC 27420-6012


BANK OF AMERICA
ATTN: BANKRUPTCY DEPT
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27420-6012


BANK OF AMERICA
ATTN: BANKRUPTCY DEPT.
NC4-105-03-14
4161 PIEDMONT PARKWAY
GREENSBORO, NC 27420-6012

CADDIS
5910 N. CENTRAL EXPRESSWAY SUITE 1400
DALLAS, TX 75206


JANE CONCHA
431 EMERALD SHORE LANE
EL PASO, TX 79928

EARLY BIRD PEDIATRIC
THERAPY CLINIC, INC.
1351 N. ZARAGOZA BLDG. G
EL PASO, TX 79936


FUNDING CIRCLE
707 17TH STREET SUITE 2200
DENVER, CO 80202


INTUIT FINANCING INC.
2700 COAST AVE
MOUNTAIN VIEW, CA 94043


INTUIT QUICKBOOKS
5601 HEADQUARTERS DR.
PLANO, TX 75024


JUSTMARC PROPERTY
HOLDINGS, LLC
1351 N. ZARAGOZA BLDG. H
EL PASO, TX 79936


KABBAGE FUNDING
925B PEACHTREE STREET NE SUITE 1688
ATLANTA, GA 30309


LOANBUILDER PAYPAL
3505 SILVERSIDE RD.
WILMINGTON, DE 19810


M & L PROPERTIES, LTD
C/O PINEDA MANAGEMENT COMPANY LLC
8908 MCCABE DRIVE
EL PASO, TX 79925

NATIONAL FUNDING, INC.
9820 TOWN CENTRE DRIVE
SAN DIEGO, CA 92121

NETWORK EPA, LLC
ATTN: JIM LUNDBLAD
2515 BOARDWALK STREET
SAN ANTONIO, TX 78217

PALO VERDE BUSINESS PARK, LLC
1351 N. ZARAGOZA RD. BLDG. O
EL PASO, TX 79936

PAYPAL/SWIFT FINANCIAL
3505 SILVERSIDE ROAD SUITE 200
WILMINGTON, DE 19810

RUSHFAIR, LLC
PO BOX 55
EL PASO, TX 79940

SPARTAN BUSINESS SOLUTIONS, LLC D/B/A SPARTAN CAPITAL
371 E MAIN ST. SUITE 2
MIDDLETOWN, NY 10940

SPECTRUM BUSINESS
PO BOX 60074
CITY OF INDUSTRY, CA 91716-0074

STALLION COMMERCIAL GROUP, LLC
11860 VISTA DEL SOL DRIVE SUITE 150
EL PASO, TX 77936

THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369

VELOCITY CAPITAL GROUP
333 PEARSALL AVE. SUITE 105
CEDARHURST, NY 11516

VIVA-CHAPARRAL
PROPERTIES, LLP
214 E. BALTIMORE DRIVE
EL PASO, TX 79902

VOX FUNDING
14 E. 44TH STREET 4TH FLOOR
NEW YORK, NY 10017

WEBBANK
215 S. STATE ST. SUITE 1000
SALT LAKE CITY, UT 84111

WEINSTEIN & WEINSTEIN,
LLP
ATTN: ISRAEL D. WEINSTEIN, ESQ.
420 CENTRAL AVENUE STE. 301
CEDARHURST, NY 11516

WHITE ROAD CAPITAL LLC
D/B/A GFE HOLDINGS
27-01 QUEENS PLAZA NORTH 802
LONG ISLAND CITY, NY 11101

MICHAEL WILLIAMS
431 EMERALD SHORE LANE
EL PASO, TX 79928

ZAHAV ASSET MANAGEMENT LLC
234 CEDARHURST AVE. APT. 21B
CEDARHURST, NY 11516